Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 10/27/2022



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## COLUMBIA DIVISION

| | |
|---|---|
| IN RE:<br><br>ART BRIAN SHANNON and BARBARA CHRISTY SHANNON,<br><br>        Debtors. | Case No. 1:22-bk-00934<br>Chapter 13<br>Judge Mashburn |
| ART BRIAN SHANNON and BARBARA CHRISTY SHANNON,<br><br>        Plaintiffs,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC. and INDENTURE TRUSTEE OF CIM TRUST 2021-NR3,<br><br>        Defendants. | Adversary No. 1:22-ap-90129 |

### AGREED ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT AND CONTINUING THE PRETRIAL CONFERENCE

This matter is before the Court on the Parties' Joint Motion to Extend Time for Select

Portfolio Servicing, Inc. ("SPS"), U.S. Bank National Association, not in its individual capacity

but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR3 (the "Trust") to Respond

to the Complaint and to Continue the Pretrial Conference. The Parties are currently discussing

settlement, and consent to an extension of time through and including November 30, 2022, for

SPS and the Trust to file their Answer, or otherwise respond to the Complaint.

1

The Court finds that good cause has been shown, and the Motion is hereby **GRANTED**.

SPS and the Trust shall have through and including **November 30, 2022**, to respond to the

Complaint. The Pretrial Conference, currently scheduled for November 16, 2022, at ~~1:30pm,~~ 1:45 p.m. is

hereby continued to _____December_____ __7__, 202_2_, at __1:45 p.m.~~a.m/p.m.~~ by ~~telephone~~ zoom audio.

The call-in number is 1-833-568-8864 and Meeting ID is 161 2444 4713.

# # #

**CONSENTED TO:**

| | |
|---|---|
| */s/ Bret J. Chaness* | */s/ Keith D. Slocum (by BJC w/ permission)* |
| BRET J. CHANESS (BPR# 31643) | KEITH D. SLOCUM (BPR # 23024) |
| **RUBIN LUBLIN TN, PLLC** | **HARLAN, SLOCUM & QUILLEN** |
| 3145 Avalon Ridge Place, Suite 100 | 39B Public Square |
| Peachtree Corners, GA 30071 | P.O. Box 949 |
| (678) 281-2730 (Telephone) | Columbia, TN 38402 |
| (470) 508-9203 (Facsimile) | (931) 381-0660 (Telephone) |
| bchaness@rlselaw.com | keith@robertharlan.com |
| *Attorney for Defendants* | *Attorney for Plaintiff* |

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.